UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST,<br><br>                                    Plaintiff,<br><br>        v.<br><br>APPLE, INC.; CANON, INC.; CANON U.S.A., INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; and TIVO, INC.,<br><br>                                    Defendant. | Civil No.   10cv2618-H (CAB)<br><br>**SCHEDULING ORDER** |
| And related counterclaims. | |

On May 25, 2011, the Court held an Early Neutral Evaluation Conference in this matter. Counsel and representatives were present for plaintiff Multimedia Patent Trust ("MPT"), and defendants Apple, Inc. ("Apple"), Canon, Inc. and Canon U.S.A., Inc., (collectively "Canon"), and LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc., (collectively "LGE"). The case did not settle so the issues regarding scheduling were addressed.

This patent infringement case is related to *MPT v. DirecTV, et al,* Case No. 09cv278-H, and *MPT v. Walt Disney Company, et al*, Case No. 10cv0146-H. The patents at issue in these cases are: US 4,958,226; US 5,136,377; US 5,227,878; and US 5,500678. A number of the claims of these patents have been the subject of claim construction in this District in previous cases. A claim construction hearing is currently scheduled in Case No. 09cv278-H for August 23, 2011, to address

those previous constructions and any additional claim language that the parties contend needs interpretation.

In light of the claim construction schedule in Case No. 09cv278-H, and to allow the parties to utilize the results of that hearing, the local rules for patent cases will be modified in this case as follows.

1. MPT will serve interrogatories on each defendant in this case, identifying the devices and/or methods accused of infringing each patent, and requesting the defendant identify the source for the encoding and/or decoding functions at issue. The interrogatories will be served no later than **June 15, 2011.**

2. Defendants will provide responses to the interrogatories no later than **July 8, 2011.**

3. MPT may propound discovery requests for documents to enable it to formulate infringement contentions that provide an element by element analysis of how each accused device or method meets the claim limitations. No depositions may be taken without leave of Court. All discovery to prepare infringement contentions must be completed by **November 8, 2011.**

4. MPT will serve Preliminary Infringement Contentions no later than **December 8, 2011.**

A telephonic conference will be held on **December 15, 2011** at **2:00 p.m.** to address further scheduling and setting a claim construction hearing in this matter. Plaintiff's counsel will coordinate and initiate the call.

DATED: May 31, 2011

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge