# EXHIBIT 21

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| **Claim 13** | |
| 13. An apparatus for decoding a compressed digital video signal, comprising: | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2." [DEFS-MPT0031844]<br><br><br><br>DECODER BLOCK DIAGRAM<br><br>Decoder Block Diagram: input, buffer, Demux, VLD, Q-1, DCT-1, adder, VLD block type, VLD vectors, compute vectors, prediction, M1, M2, Mux, M3, and all connections; and all text describing the structures. [DEFS-MPT0031844]<br><br>"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2." [DEFS-MPT0033290] |

1

Exh. M

Exhibit 21
Page 1778

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  |  Figure 2. Block diagram of encoder (a) and decoder (b). Figure 2(b): Data In, Buffer, Demux, VLDC, Q-1, DCT-1, adder, Pred, MBTYPE, VLDM, INTRA PRED, M3, M, and all connections; and all text describing the structures. [DEFS-MPT0033292] *See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element: <br> • U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at DEFS-MPT0001847 <br> • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033290, DEFS-MPT0033292 <br> • MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011852, DEFS-MPT0011855 <br> • Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000134 <br> • Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-90 <br> • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 1:7-10, 1:11-14, 1:28-31, 1:37-40, 1:41-52, 1:65-2:7, 2:10-24, 3:5-14, 10:8-14, DEFS-MPT0001833, 10:37-38, 10:54-61 |

Exh. M

Exhibit 21 Page 1779

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| a means for receiving a compressed digital video bit stream; and | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br><br>DECODER BLOCK DIAGRAM<br><br>Decoder Block Diagram: input, buffer, and all connections; and all text describing the structures. [DEFS-MPT0031844]<br><br>"4.  LAYERED STRUCTURE OF VIDEO DATA<br>….<br>4.2 Field Macroblock<br>A field macroblock consists of a group of 4 transform blocks from the same picture field.  It contains two horizontally adjacent luminance transform blocks (i.e. 16 pixels x 8 lines of luminance samples) and the co-sited single 8x8 $C_B$ and single 8x8 $C_R$ transform blocks.<br>….<br>4.3 Frame Macroblock<br>A frame macroblock consists of either two field macroblocks (each from each field of the same frame) as described above (field-based coding), or of a group of 8 transform blocks, each containing data from both fields of the frame (frame-based coding).  The transform blocks for the latter are formed by considering the spatial relationship between the two fields, and interleaving lines of the |

3

Exh. M

Exhibit 21
Page 1780

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | two fields in accordance with the interlace. …. 4.5 Picture Frame A picture frame consists of a pair of interleaved picture fields."  [DEFS-MPT0031845] "The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2."  [DEFS-MPT0033290]  VLDC:      Variable Length Decoder for transform coefficient VLDM:      "           motion vectors. (b)   M:      Decoded frame store. Figure 2.   Block diagram of encoder (a) and decoder (b). [DEFS-MPT0033292] Figure 2(b): Data In, Buffer, and all connections; and all text describing the structures. [DEFS-MPT0033292] "One MB consists of four luminance 8·8 BLOCKs and four chrominance BLOCKs. Transformation, quantization and coding of transform coefficient is performed on the block level. INTRA prediction is also made on the BLOCK level. For INTRA coding, a block may be either frame or field based."  [DEFS-MPT0033293] |

Exh. M

Exhibit 21
Page 1781

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | "If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format."  [DEFS-MPT0033297]<br><br>*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:<br><br><ul><li>U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at DEFS-MPT0001847, 2:50-3:2</li><li>VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844-45, DEFS-MPT0033290, DEFS-MPT0033292-93, DEFS-MPT0033297</li><li>MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011852, DEFS-MPT0011855</li><li>Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000134</li><li>Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000088-90, DEFS-MPT0000094</li><li>U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 1:65-2:7, 2:10-24, 2:56-63, 3:5-14, 3:16-23, 3:33-38, 3:47-49, 3:62-68, 4:1-8, 4:9-21, 4:42-46, 7:19-24, 7:25-28, 10:8-12, 10:39-53, 12:28-64, 13:15-26, DEFS-MPT0001833, 5:6-8, 11:15-30, 12:27-43, 13:15-16, 13:38-41, 14:33-35</li></ul> |
| a means responsive to a motion compensation type signal for selectively and adaptively performing motion compensated decoding of frames of the compressed digital video bit stream and fields of the compressed video bit stream. | *See, e.g.,*<br><br>"6.  MODES AND MODE SELECTION<br><br>The coding process can adaptively select from a number of different modes of operation for different parts of the picture depending on the nature of the local motion.<br><br>There are three stages to the decision making.  Firstly, the coder is able to choose from a number of different forms of motion compensated prediction or it can choose to use intra-picture coding.  This |

5

Exh. M

Exhibit 21
Page 1782

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | decision is taken at the field macroblock level.  Secondly, it can choose whether to use field- or frame-based transform blocks.  This decision is taken at the frame macroblock level.  Finally, the coder can decide whether or not there is useful-coded information to be sent.  This decision is taken after performing the Discrete Cosine Transform and quantization (see Chapter 7)."  [DEFS-MPT0031846] "6.1 Picture Frame Coding modes There are three types of picture frames: a) Intra frame (I):  This uses no information from other picture frames b)  Predicted frame (P):  This uses forward motion compensated prediction from a previous picture frame c)  Interpolated frame (B):  This uses bidirectional motion-compensated interpolation from previous and following picture frames"  [DEFS-MPT0031847] "6.2 Macroblock mode in an Intra Frame There is 1 Macroblock mode which may is used.  Frame based or field based coding may be used for each macroblock.  This information is signaled to the decoder. 6.3 Macroblock mode in a Predicted Frame |

6

Exhibit 21
Page 1783

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | In predicted (P) frames, there are basically 2 macroblock coding modes: intra and forward motion compensated. |

|  | Prediction Method | Parity of Ref. Field | Motion Comp. | Transform Block | Coded or Not Coded |
|---|---|---|---|---|---|
| 1 | Intra | - | - | frame/field | Coded |
| 2 | Forward | Same | No MC/MC | frame/field | Coded/Not Coded |

1) Intra-coded
In the intra-coded mode macroblocks are routed directly to the discrete cosine transform process. They are always coded.

Transform block can be either field-based or frame-based (see section 4.3).  Frame-based coding is chosen if both field macroblocks within a frame are intra-coded.

2) Forward Prediction
Predictively coded macroblocks are encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated forward prediction (see Section 5.2) from field k-4.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

In forward prediction mode, the macroblocks may be declared as:
        -No MC or MC
        -field based coded or frame based coded
        -coded or not coded (this last decision can be applied to luminance and chrominance separately).

The decision is transmitted at the beginning of the macroblock with the information on macroblock

7

Exh. M

Exhibit 21
Page 1784

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  | mode. |

6.4 Macroblock modes in an Interpolated Frame

In interpolated (B) frames, there are basically 6 macroblock coding modes: Intra, Forward motion compensated, Backward motion compensated, Combined motion compensated, motion compensated from fields of opposite parity (For/Back) and Same As Previous.



The decision between intra-coding and the four non-intra macroblock coding modes is made at the field macroblock level, using a comparison between the original macroblock and the prediction-error given by each of the non-intra coding modes.

1)  Intra-coded
In the intra-coded mode macroblocks are routed directly to the discrete cosine transform process. They are always coded.

2)  Forward Prediction, same parity
The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated forward prediction (see Section 5.2) from field k-2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

8

Exh. M

Exhibit 21
Page 1785

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | 3)  Backward Prediction, same parity<br>The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated backward prediction (see Section. 5.2) from field k+2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.<br><br>4)  Combined Prediction, same parity<br>The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated combined prediction (see Section 5.2) from fields k-2 and k+2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.<br><br>5)  Forward or Backward Prediction, opposite parity<br>The Macroblock is encoded in two stages.  First, all three components of the macroblock in filed k are predicted using motion-compensated prediction to form a reference macroblock.  Forward prediction from the immediately preceding field, k-1, is used for the first field in a picture frame.  Backward prediction from the immediately following field, k+1, is used for the second field in a picture frame.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.<br><br>6)  Same Type as previous<br>This macroblock is defined to have the same motion vector and the same type (forward, backward, combined, opposite parity) as the spatially preceding macroblock.  It contains no coded information.<br><br>Different options may be used in the 6 basic coding modes:<br>        -field based coding or frame based coding (modes 1, 2, 3 and 5) |

9

Exh. M

Exhibit 21
Page 1786

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | -coded or not coded (this last decision can be applied to luminance and chrominance separately in modes 2 and 5)

These options are transmitted at the beginning of the macroblock with the information on macroblock mode."  [DEFS-MPT0031847-48]

"There are two main modes of prediction:

· INTER prediction where a macroblock is predicted from the previously decoded picture with a motion vector of half pixel accuracy.

· INTRA prediction.  Each block is predicted from the neighbouring decoded pixels.  There are two different INTRA predictions – frame based and field based."  [DEFS-MPT0033294]

"7.3 Decision on frame or field coding for INTRA mode.

If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format.  If there is little or no motion in the picture, the two fields may be treated together.  This results in frame coding.  If on the other hand there is large motion in the image, lines from the same field will be more similar than adjacent lines from two different fields.

To make the decision, the energy (E) of the noncoded macroblock is calculated for two vertical frequencies:

$f=f_g$ – corresponding to the frame line frequency.
$f=f_{g/2}$ – corresponding to the field line frequency. |

10

Exh. M

Exhibit 21
Page 1787

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | If the $E(f_g)$ is much larger than $E(f_{g/2})$ field coding is chosen.  Otherwise frame coding is used." [DEFS-MPT0033297] "9.1 INTER prediction. On the encoder side the luminance prediction is automatically given from the second step of the motion estimation as the prediction that gives the lowest mean absolute difference (MAD). On the decoder side exactly the same interpolation is used to produce the same prediction as on the encoder side. A prediction also has to be made for the chrominance blocks."  [DEFS-MPT0033298] "9.2 INTRA prediction. Whereas INTER prediction may be made on the macroblock level because the motion vectors are calculated on the MB level, the INTRA prediction has to be made specially for each block. The reason for this is that the prediction is best if it is based on pixels close to the block to be prediction.  The prediction of an $8 \cdot 8$ block is therefore based on the 8 pixels right "above" the block and the 8 pixels to the "left" of the block as shown in figure 9.  A constant value is obtained by averaging 16 "edge points".  This value is used as a prediction for the whole block.  If one of the sets of 8 edge pixels is outside the picture, the average of the remaining 8 points is used.  If all edge points are outside the picture, the constant prediction is set to 128. Distinction has to be made between frame and field prediction as shown in figure 9.  The detailed description of the prediction is given in FORTRAN syntax in Section 14.6. |

Exh. M

Exhibit 21
Page 1788

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| |  Frame based prediction.            Field based prediction. Figure 9.  Illustration of INTRA prediction.  The whole block (field or frame) is predicted by the average value: PRED = $(\sum_{i=1}^{16} \bullet)/16$. 10.  Transformation. For each $8 \cdot 8$ – luminance or chrominance – a different block containing the differences between the block values to be coded and the prediction is formed.  A two dimensional DCT is then applied to the block differences."  [DEFS-MPT0033299] "11. Scanning of transform coefficients. There are different scanning paths for luminance and chrominance.  The same scanning path is used for frame and field coding.  The scanning paths are given below: |

12

Exh. M

Exhibit 21
Page 1789

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878<br>CLAIM LANGUAGE | OVERVIEW OF ALGORITHM<br>VADIS-COST ALGORITHM<br>AUGUST – NOVEMBER 1991<br>[DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  | 

Figure 10. Scanning paths for luminance and chrominance.

12. Quantization.

The actual reduction of information to be generated from an image is the result of quantization of transform coefficients."  [DEFS-MPT0033300]

"13.3 Variable length codes.

There are two parameters being coded by variable length codes.  Those are the Motion Vector Differences (MVD) and the transform coefficients (TCOF).

13.3.1  MVD codes.

The motion vector differences are coded as in MPEG1."  [DEFS-MPT0033303]

"13.3.2  Transform coefficient codes.

The transform coefficients are coded using two-dimensional VLC tables.  The coefficients are scanned according to the scanning paths given by the numbering in figure 10.  For nonzero coefficients a pair of (LEVEL,RUN) is obtained.  This pair is coded using one of three VLC tables shown in figure 12."  [DEFS-MPT0033304] |

13

Exh. M

Exhibit 21
Page 1790

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  |  Decoder Block Diagram: Demux, VLD block type, VLD vectors, compute vectors, prediction, and all connections; and all text describing the structures.  [DEFS-MPT0031844] Figure 2(b): Demux, Pred, MBTYPE, VLDM, and all connections; and all text describing the structures. [DEFS-MPT0033292] *See also* one or more of the following references and the citations to structures and functional |

14

Exh. M

Exhibit 21
Page 1791

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | language in their corresponding charts to show obviousness of this element: <br><br> • U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:50-3:2, 6:32-50, DEFS-MPT0001847 <br> • MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011857, DEFS-MPT0011874, DEFS-MPT0011876-78 <br> • Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132, DEFS-MPT0000134, DEFS-MPT0000141-42 <br> • Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-90, DEFS-MPT0000092, DEFS-MPT0000094, DEFS-MPT0000096-97 <br> • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 1:41-51, 1:65-2:7, 2:10-24, 2:24-31, 2:33-48, 2:49-55, 2:56-63, 2:64-68, 3:5-12, 3:16-23, 3:33-38, 3:44-51, 3:53-56, 3:62-68, 4:1 8, 4:9-21, 4:42-46, 5:50-53, 6:19-31, 7:19-24, 7:25-28, 7:30-38, 7:58-66, 8:54-9:3, 9:4-26, 4:55-57, 4:66-68, 5:3-5, 5:6-8, 5:9-11, 9:67-10:7, 10:15-16, 10:26-31, 10:39-53, 10:62-66, 13:39-54, 16:7-22, 16:23-32, DEFS-MPT0001833 <br> • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031846-48, DEFS-MPT0033294, DEFS-MPT0033297-99, DEFS-MPT0033300, DEFS-MPT0033303-04, DEFS-MPT0031844, DEFS-MPT0033292 |
| **Claim 14** | |
| 14. The apparatus of claim 13, in which the decoding means comprises: an adaptive inverse scanning means responsive to a coding type signal. | "11. Scanning of transform coefficients. <br><br> There are different scanning paths for luminance and chrominance.  The same scanning path is used for frame and field coding.  The scanning paths are given below: |

15

Exh. M

Exhibit 21
Page 1792

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | 

Figure 10. Scanning paths for luminance and chrominance.

"13.3.2  Transform coefficient codes.

The transform coefficients are coded using two-dimensional VLC tables.  The coefficients are scanned according to the scanning paths given by the numbering in figure 10.  For nonzero coefficients a pair of (LEVEL,RUN) is obtained.  This pair is coded using one of three VLC tables shown in figure 12."  [DEFS-MPT0033304]

Decoder Block Diagram: Q-1, DCT-1, and all connections; and all text describing the structures. [DEFS-MPT0031844]

Figure 2(b): Q-1, DCT-1, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0033304, DEFS-MPT0031844, DEFS-MPT0033292
• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011871
• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000139, DEFS-MPT0000134 |

16

Exh. M

Exhibit 21
Page 1793

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878<br>CLAIM LANGUAGE | OVERVIEW OF ALGORITHM<br>VADIS-COST ALGORITHM<br>AUGUST – NOVEMBER 1991<br>[DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at DEFS-MPT0001833, 10:9-38 |
| **Claim 15** | |
| 15. The apparatus of claim 13, in which the decoding means comprises: | *See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:<br><br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000088-89<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 1:7-10, 1:11-14, 1:28-31, 1:37-40, 1:41-52, 1:65-2:7, 2:10-24, 3:5-14, 10:8-14, DEFS-MPT0001833, 10:37-38, 10:54-61, 13:39-54, 16:7-22, 16:23-32 |
| a means responsive to a motion compensation type signal and selectively responsive to frame motion vectors and field motion vectors for producing an adaptive motion compensated estimate of a decoded video signal; | "13.3 Variable length codes.<br><br>There are two parameters being coded by variable length codes.  Those are the Motion Vector Differences (MVD) and the transform coefficients (TCOF).<br><br>13.3.1  MVD codes.<br><br>The motion vector differences are coded as in MPEG1."  [DEFS-MPT0033303]<br><br>Decoder Block Diagram: VLD block type, VLD vectors, compute vectors, prediction, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br>Figure 2(b): Pred, MBTYPE, VLDM, and all connections; and all text describing the structures. [DEFS-MPT0033292]<br><br>*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element: |

17

Exh. M

Exhibit 21
Page 1794

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
| | • U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:50-3:2, 6:32-50, DEFS-MPT0001847<br>• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011857, DEFS-MPT0011874, DEFS-MPT0011876-78<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132, DEFS-MPT0000134, DEFS-MPT0000140-44<br>• Adaptive Sub-Band DCT [DEFS-MPT0000316-24] at DEFS-MPT0000317, DEFS-MPT0000319, DEFS-MPT0000321-22<br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087, DEFS-MPT0000088-39, DEFS-MPT0000094]<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at 3:5-4:8;4:55-57; Figure 3, Abstract, 2:24-31, 2:33-48, 2:49-55, 2:64-68, 3:5 4:8, 4:9-46, 7:10-8:4, 8:20-25, 9:4-26, 9:16-26, 9:67-10:7, 10:8-14, 10:26-31, 10:39-53, 10:62-66, 4:55-57, 5:3-5, 5:9-11, 12:28-44, 13:15-26, 13:39-54, 15:11-16:6, 16:7-22, 16:23-32, DEFS-MPT0001833<br>• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0033292, DEFS-MPT0033303, DEFS-MPT0031844 |
| a means responsive to the compressed digital video bit stream for producing a decoded estimate error signal; and | *See, e.g.,*<br><br>DECODER BLOCK DIAGRAM |

18

Exh. M

Exhibit 21
Page 1795

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  | Decoder Block Diagram: VLD, Q-1, DCT-1, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br><br><br>Figure 2.   Block diagram of encoder (a) and decoder (b).<br><br>Figure 2(b): Demux, VLDC, Q-1, DCT-1, and all connections; and all text describing the structures. [DEFS-MPT0033292]<br><br>*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:<br><br>• U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:50-3:2, 6:32-50, DEFS-MPT0001847<br>• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011874, DEFS-MPT0011876-78<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132, DEFS-MPT0000134, DEFS-MPT0000140-42<br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-88, DEFS-MPT0000090, DEFS-MPT0000093-94, DEFS-MPT0000097 |

Exh. M

Exhibit 21
Page 1796

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| U.S. PATENT NO. 5,227,878 CLAIM LANGUAGE | OVERVIEW OF ALGORITHM VADIS-COST ALGORITHM AUGUST – NOVEMBER 1991 [DEFS-MPT0031843-56, DEFS-MPT0015219-20; AND/OR DEFS-MPT0033286-332] |
|---|---|
|  | • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 2:24-31, 2:33-48, 2:49-55, 2:64-68, 3:5-4:8, 4:9-46, 7:10-8:4, 8:20-25, 9:4-26, 9:16-26, 9:67-10:7, 10:8-14, 10:26-31, 10:39-53, 10:62-66, 4:55-57, 5:3-5, 5:9-11, 12:28-44, 13:15-26, 13:39-54, 15:11-16:6, 16:7-22, 16:23-32, DEFS-MPT0001833 <br> • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033292 |

20

Exh. M

Exhibit 21
Page 1797

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| a means responsive to the adaptive motion compensated estimate and the estimate error signal for producing a decoded video signal. | *See, e.g.,*  Decoder Block Diagram: adder, and all connections; and all text describing the structures.  [DEFS-MPT0031844]  Figure 2.  Block diagram of encoder (a) and decoder (b). Figure 2(b): adder, and all connections; and all text describing the structures. [DEFS-MPT0033292] *See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element: • U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:50-3:2, 6:32-50, DEFS-MPT0001847 • MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011874, DEFS-MPT0011876-78 |

21

Exh. M

Exhibit 21
Page 1798

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | • Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132, DEFS-MPT0000140-42<br>• Fixed and Adaptive Predictors for Hybrid Predictive / Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-88, DEFS-MPT0000090, DEFS-MPT0000093-94 DEFS-MPT0000097<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at 15:11-16:6, 4:42-46, 8:20-25, DEFS-MPT0001833, 15:11-16:6, 16:7-22, 16:23-32<br>• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at  DEFS-MPT0031844, DEFS-MPT0033292 |
| **Claim 23** | |
| 23. An apparatus for encoding digital video signals, comprising: | *See, e.g.*,<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br><br>CODER BLOCK DIAGRAM<br><br>Coder Block Diagram: input, M1, M2, motion estimator, switch, field to frame, selector/subtractor, vector memory, predictor, M, M, DCT, Q, Class, Q-1, DCT-1, adder, VLC, VLC, coder control, MUX, buffer, and all connections; and all text describing the structures.  [DEFS-MPT0031844] |

Exh. M

Exhibit 21
Page 1799

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Figure 2.   Block diagram of encoder (a)

Figure 2(a)  Video in, ME1 M1, ME2, subtractor, DCT, Q, Q-1, DCT-1, adder, intrapred, M3, Pred, M2, VLCC, MBTYPE, VLCM, MUX, CC, BUFFER, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at DEFS-MPT0001846, DEFS-MPT0001849
- VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033292
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133
- Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000088, DEFS-MPT0000090

23

Exh. M

Exhibit 21
Page 1800

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, DEFS-MPT0001828-34 |
|---|---|
| a means for receiving a digital video input signal comprising a succession of digital representations of picture elements making up at least one video frame, the frame comprising a plurality of fields; | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br>**CODER BLOCK DIAGRAM**<br><br>Coder Block Diagram: input, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br>Figure 2(a) Video in, and all connections; and all text describing the structures. [DEFS-MPT0033292]<br><br>"4.  LAYERED STRUCTURE OF VIDEO DATA<br>….<br>4.2 Field Macroblock<br>A field macroblock consists of a group of 4 transform blocks from the same picture field.  It contains two horizontally adjacent luminance transform blocks (i.e. 16 pixels x 8 lines of luminance samples) and the co-sited single 8x8 $C_B$ and single 8x8 $C_R$ transform blocks.<br>….<br>4.3 Frame Macroblock<br>A frame macroblock consists of either two field macroblocks (each from each field of the same |

Exh. M

Exhibit 21
Page 1801

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

frame) as described above (field-based coding), or of a group of 8 transform blocks, each containing data from both fields of the frame (frame-based coding).  The transform blocks for the latter are formed by considering the spatial relationship between the two fields, and interleaving lines of the two fields in accordance with the interlace.

….

4.5 Picture Frame

A picture frame consists of a pair of interleaved picture fields."  [DEFS-MPT0031845]

"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 − 2." [DEFS-MPT0033290]



ME1:      Integer pixel motion estimation.
ME2:      Half pixel motion estimation.
M1:       Input frame store.
M2:       Decoded frame store.
M3:       Intra prediction frame store.
PRED:     Make predicted block.
INTRA PRED:Save data for intra prediction.
VLCC:     VLC coding of transform coefficien
VLCM:     VLC coding of motion vectors.
DCT:      Discrete Cosine Transform.
Q:        Quantizer.
CC:       Coding control

**Figure 2.   Block diagram of encoder (a)**

[DEFS-MPT0033292]

"One MB consists of four luminance 8·8 BLOCKs and four chrominance BLOCKs.

25

Exh. M

Exhibit 21
Page 1802

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | Transformation, quantization and coding of transform coefficient is performed on the block level. INTRA prediction is also made on the BLOCK level.<br><br>For INTRA coding, a block may be either frame or field based." [DEFS-MPT0033293]<br><br>"If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format." [DEFS-MPT0033297]<br>*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:<br><br>• U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 7:56-8:13, DEFS-MPT0001846, DEFS-MPT0001849<br>• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033292, DEFS-MPT0031845, DEFS-MPT0033290, DEFS-MPT0033293, DEFS-MPT0033297<br>• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855-10<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133, DEFS-MPT0000143-44<br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087, DEFS-MPT0000090<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, DEFS-MPT0001828-34, 3:39-51, 6:19-30 |
| a means for selectively encoding groups of digital representations in the input signal relating to one of frames and fields; and | *See, e.g.,*<br><br>"6.1 Picture Frame Coding modes<br>There are three types of picture frames:<br><br>a) Intra frame (I):  This uses no information from other picture frames<br><br>b) Predicted frame (P):  This uses forward motion compensated prediction from a previous picture frame |

26

Exh. M

Exhibit 21<br>Page 1803

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

c)  Interpolated frame (B):  This uses bidirectional motion-compensated interpolation from previous and following picture frames"  [DEFS-MPT0031847]

"6.2 Macroblock mode in an Intra Frame

There is 1 Macroblock mode which may is used.

| | Prediction Method | Parity of Ref. Field | Motion Comp. | Transform Block frame/field | Coded or Not Coded |
|---|---|---|---|---|---|
| 1 | Intra | - | - | frame/field | Coded |

Frame based or field based coding may be used for each macroblock.  This information is signaled to the decoder.

6.3 Macroblock mode in a Predicted Frame

In predicted (P) frames, there are basically 2 macroblock coding modes: intra and forward motion compensated.

| | Prediction Method | Parity of Ref. Field | Motion Comp. | Transform Block frame/field | Coded or Not Coded |
|---|---|---|---|---|---|
| 1 | Intra | - | - | frame/field | Coded |
| 2 | Forward | Same | No MC/MC | frame/field | Coded/Not Coded |

1) Intra-coded
In the intra-coded mode macroblocks are routed directly to the discrete cosine transform process.  They are always coded.

Transform block can be either field-based or frame-based (see section 4.3).  Frame-based coding is chosen if both field macroblocks within a frame are intra-coded.

2) Forward Prediction
Predictively coded macroblocks are encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated forward prediction (see Section 5.2) from field k-4.  This prediction is known as the reference macroblock.  The reference macroblock is

Exh. M

Exhibit 21
Page 1804

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

In forward prediction mode, the macroblocks may be declared as:
    -No MC or MC
    -field based coded or frame based coded
    -coded or not coded (this last decision can be applied to luminance and chrominance separately).

The decision is transmitted at the beginning of the macroblock with the information on macroblock mode.

6.4 Macroblock modes in an Interpolated Frame

In interpolated (B) frames, there are basically 6 macroblock coding modes: Intra, Forward motion compensated, Backward motion compensated, Combined motion compensated, motion compensated from fields of opposite parity (For/Back) and Same As Previous.

| Prediction Method | Parity of Ref. Field | Motion Comp. | Transform Block | Coded or Not coded |
|---|---|---|---|---|
| 1 Intra | | | frame/field | Coded |
| 2 Combined | Same | MC | frame/field | Coded/Not Coded |
| 3 Forward | Same | MC | frame/field | Coded/Not Coded |
| 4 For/Back | Opposite | MC | field | Coded/Not Coded |
| 5 Backward | Same | MC | frame/field | Coded/Not Coded |
| 6 As previous | As previous | MC | As previous | Not Coded |

The decision between intra-coding and the four non-intra macroblock coding modes is made at the field macroblock level, using a comparison between the original macroblock and the prediction-error given by each of the non-intra coding modes.

1) Intra-coded
In the intra-coded mode macroblocks are routed directly to the discrete cosine transform process. They are always coded.

2) Forward Prediction, same parity

28

Exh. M

Exhibit 21
Page 1805

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated forward prediction (see Section 5.2) from field k-2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

3) Backward Prediction, same parity
The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated backward prediction (see Section. 5.2) from field k+2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

4) Combined Prediction, same parity
The Macroblock is encoded in two stages.  First, all three components of the macroblock in field k are predicted using motion-compensated combined prediction (see Section 5.2) from fields k-2 and k+2.  This prediction is known as the reference macroblock.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

5) Forward or Backward Prediction, opposite parity
The Macroblock is encoded in two stages.  First, all three components of the macroblock in filed k are predicted using motion-compensated prediction to form a reference macroblock.  Forward prediction from the immediately preceding field, k-1, is used for the first field in a picture frame.  Backward prediction from the immediately following field, k+1, is used for the second field in a picture frame.  The reference macroblock is then subtracted from the actual macroblock components to form a prediction-error macroblock, which is passed to the discrete cosine transform process.

6) Same Type as previous
This macroblock is defined to have the same motion vector and the same type (forward, backward, combined, opposite parity) as the spatially preceding macroblock.  It contains no coded information.

29

Exh. M

Exhibit 21
Page 1806

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

Different options may be used in the 6 basic coding modes:
>-field based coding or frame based coding (modes 1, 2, 3 and 5)
>-coded or not coded (this last decision can be applied to luminance and chrominance separately in modes 2 and 5)

These options are transmitted at the beginning of the macroblock with the information on macroblock mode." [DEFS-MPT0031847-48]

"There are two main modes of prediction:

· INTER prediction where a macroblock is predicted from the previously decoded picture with a motion vector of half pixel accuracy.

· INTRA prediction. Each block is predicted from the neighbouring decoded pixels. There are two different INTRA predictions – frame based and field based." [DEFS-MPT0033294]

"9.1 INTER prediction.

On the encoder side the luminance prediction is automatically given from the second step of the motion estimation as the prediction that gives the lowest mean absolute difference (MAD). On the decoder side exactly the same interpolation is used to produce the same prediction as on the encoder side.

A prediction also has to be made for the chrominance blocks." [DEFS-MPT0033298]

"9.2 INTRA prediction.

Whereas INTER prediction may be made on the macroblock level because the motion vectors are calculated on the MB level, the INTRA prediction has to be made specially for each block. The reason for this is that the prediction is best if it is based on pixels close to the block to be prediction. The prediction of an 8·8 block is therefore based on the 8 pixels right "above" the block and the 8 pixels to the "left" of the block as shown in figure 9. A constant value is obtained by averaging 16

Exh. M

Exhibit 21
Page 1807

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

"edge points".  This value is used as a prediction for the whole block.  If one of the sets of 8 edge pixels is outside the picture, the average of the remaining 8 points is used.  If all edge points are outside the picture, the constant prediction is set to 128.

Distinction has to be made between frame and field prediction as shown in figure 9.  The detailed description of the prediction is given in FORTRAN syntax in Section 14.6.



Frame based prediction.          Field based prediction.

Figure 9.  Illustration of INTRA prediction.  The whole block (field or frame) is predicted

by the average value: PRED = ( $\sum_{i=1}^{16} \bullet$ )/16.

10.  Transformation.

For each 8·8 – luminance or chrominance – a different block containing the differences between the block values to be coded and the prediction is formed.  A two dimensional DCT is then applied to the block differences."  [DEFS-MPT0033299]

"11. Scanning of transform coefficients.

There are different scanning paths for luminance and chrominance.  The same scanning path is used for frame and field coding.  The scanning paths are given below:

Exh. M

Exhibit 21
Page 1808

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

```
0   2   6  12  20  28  36  44          0   2   3   9  10  20  21  35
1   5  11  19  27  35  43  51          1   4   8  11  19  22  34  36
3   7  13  21  29  37  45  52          5   7  12  18  23  33  37  48
4  10  18  26  34  42  50  57          6  13  17  24  32  38  47  49
8  14  22  30  38  46  53  58         14  16  25  31  39  46  50  57
9  17  25  33  41  49  56  61         15  26  30  40  45  51  56  58
15  24  31  39  47  54  59  62         27  29  41  44  52  55  59  62
16  24  32  40  48  55  60  63         28  42  43  53  54  60  61  63

        LUMINANCE                            CHROMINANCE
```

Figure 10.  Scanning paths for luminance and chrominance.

12. Quantization.

The actual reduction of information to be generated from an image is the result of quantization of transform coefficients."  [DEFS-MPT0033300]

"13.3 Variable length codes.

There are two parameters being coded by variable length codes.  Those are the Motion Vector Differences (MVD) and the transform coefficients (TCOF).

13.3.1  MVD codes.

The motion vector differences are coded as in MPEG1."  [DEFS-MPT0033303]

"13.3.2  Transform coefficient codes.

The transform coefficients are coded using two-dimensional VLC tables.  The coefficients are scanned according to the scanning paths given by the numbering in figure 10.  For nonzero coefficients a pair of (LEVEL,RUN) is obtained.  This pair is coded using one of three VLC tables shown in figure 12."  [DEFS-MPT0033304]

"One MB consists of four luminance 8·8 BLOCKs and four chrominance BLOCKs.  Transformation, quantization and coding of transform coefficient is performed on the block level.  INTRA prediction is also made on the BLOCK level.

32

Exh. M

Exhibit 21
Page 1809

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

For INTRA coding, a block may be either frame or field based."  [DEFS-MPT0033293]

"If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format."  [DEFS-MPT0033297]



**CODER BLOCK DIAGRAM**

Coder Block Diagram: field to frame, selector/subtractor, DCT, Q, VLC, MUX, and all connections; and all text describing the structures.  [DEFS-MPT0031844]

Exh. M

Exhibit 21
Page 1810

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Figure 2.   Block diagram of encoder (a)

Figure 2(a)  DCT, Q, VLCM, MUX, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:24-49, 3:3-19, 4:40-50, 4:52-68, 5:8-26, 5:55-6:11, DEFS-MPT0001846, DEFS-MPT0001849
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011856-57, DEFS-MPT0011874, DEFS-MPT0011876-78
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132-33, DEFS-MPT0000143-44
- Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-

34

Exh. M

Exhibit 21
Page 1811

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | MPT0000087-99] at DEFS-MPT0000087-90, DEFS-MPT0000093-94<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 2:25-55, 3:7-14, 3:39-51, 4:9-21, 7:10-24, 7:25-38, 7:58-8:35, DEFS-MPT0001828-34<br>• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031847-48, DEFS-MPT0033294, DEFS-MPT0033298-99, DEFS-MPT0033300, DEFS-MPT0033303-04, DEFS-MPT0033293-94, DEFS-MPT0033297, DEFS-MPT0031844, DEFS-MPT0033292 |
| a means responsive to the video input signal prior to encoding to ascertain a predetermined characteristic present in the input signal prior to encoding for producing a field/frame encoding type signal which directs the encoding means to encode a selected one, but not both, of the groups of digital representations relating to frames and fields in the input signal. | *See, e.g.,*<br><br>"6.  MODES AND MODE SELECTION<br><br>The coding process can adaptively select from a number of different modes of operation for different parts of the picture depending on the nature of the local motion.<br><br>There are three stages to the decision making.  Firstly, the coder is able to choose from a number of different forms of motion compensated prediction or it can choose to use intra-picture coding.  This decision is taken at the field macroblock level.  Secondly, it can choose whether to use field- or frame-based transform blocks.  This decision is taken at the frame macroblock level.  Finally, the coder can decide whether or not there is useful-coded information to be sent.  This decision is taken after performing the Discrete Cosine Transform and quantization (see Chapter 7)."  [DEFS-MPT0031846]<br><br>"There are two main modes of prediction:<br><br>· INTER prediction where a macroblock is predicted from the previously decoded picture with a motion vector of half pixel accuracy.<br><br>· INTRA prediction.  Each block is predicted from the neighbouring decoded pixels.  There are two different INTRA predictions – frame based and field based."  [DEFS-MPT0033294]<br><br>"7.3 Decision on frame or field coding for INTRA mode. |

35

Exh. M

Exhibit 21<br>Page 1812

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format.  If there is little or no motion in the picture, the two fields may be treated together.  This results in frame coding.  If on the other hand there is large motion in the image, lines from the same field will be more similar than adjacent lines from two different fields.

To make the decision, the energy (E) of the noncoded macroblock is calculated for two vertical frequencies:

$f=f_g$ – corresponding to the frame line frequency.
$f=f_{g/2}$ – corresponding to the field line frequency.

If the $E(f_g)$ is much larger than $E(f_{g/2})$ field coding is chosen.  Otherwise frame coding is used."
[DEFS-MPT0033297]



**CODER BLOCK DIAGRAM**

Coder Block Diagram: field to frame, predictor, and all connections; and all text describing the structures.  [DEFS-MPT0031844]

Exh. M

Exhibit 21
Page 1813

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Figure 2.   Block diagram of encoder (a)

Figure 2(a) Pred, MBTYPE, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:24-49, 3:3-19, 4:40-50, 4:52-68, 5:8-26, 5:55-6:11, DEFS-MPT0001846, DEFS-MPT0001849
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011857, DEFS-MPT0011874, DEFS-MPT0011876-78
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132-33, DEFS-MPT0000143-44
- Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-90, DEFS-MPT0000092-94
- U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 2:25-55, 3:39-51, 4:9-21, 4:23-39, 7:58-8:35, 8:54-62, 10:62-11:4, DEFS-MPT0001828-34

37

Exh. M

Exhibit 21
Page 1814

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

|  |  |
|---|---|
|  | • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031846, DEFS-MPT0033294, DEFS-MPT0033297, DEFS-MPT0031844, DEFS-MPT0033292 |
| **Claim 31** | |
| 31. An apparatus for encoding digital video signals, comprising: | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br><br>CODER BLOCK DIAGRAM<br><br>Coder Block Diagram: input, M1, M2, motion estimator, switch, field to frame, selector/subtractor, vector memory, predictor, M, M, DCT, Q, Class, Q-1, DCT-1, adder, VLC, VLC, coder control, MUX, buffer, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br>"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2."  [DEFS-MPT0033290] |

38

Exh. M

Exhibit 21
Page 1815

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Figure 2.   Block diagram of encoder (a)

Figure 2(a)  Video in, ME1 M1, ME2, subtractor, DCT, Q, Q-1, DCT-1, adder, intrapred, M3, Pred, M2, VLCC, MBTYPE, VLCM, MUX, CC, BUFFER, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Fig.4
- VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033290, DEFS-MPT0033292
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855-09
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133

39

Exh. M

Exhibit 21
Page 1816

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

|  |  |
|---|---|
|  | • Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000088, DEFS-MPT0000090, DEFS-MPT0000096<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, DEFS-MPT0001828-34 |
| a means for receiving a digital video input signal comprising a succession of digital representations of picture elements making up at least one video frame, the frame comprising a plurality of fields; | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br><br>**CODER BLOCK DIAGRAM**<br><br>Coder Block Diagram: input, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br>"4.  LAYERED STRUCTURE OF VIDEO DATA<br>….<br>4.2 Field Macroblock<br>A field macroblock consists of a group of 4 transform blocks from the same picture field.  It contains two horizontally adjacent luminance transform blocks (i.e. 16 pixels x 8 lines of luminance samples) and the co-sited single 8x8 $C_B$ and single 8x8 $C_R$ transform blocks.<br>….<br>4.3 Frame Macroblock |

40

Exh. M

Exhibit 21<br>Page 1817

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

A frame macroblock consists of either two field macroblocks (each from each field of the same frame) as described above (field-based coding), or of a group of 8 transform blocks, each containing data from both fields of the frame (frame-based coding).  The transform blocks for the latter are formed by considering the spatial relationship between the two fields, and interleaving lines of the two fields in accordance with the interlace.

….

4.5 Picture Frame

A picture frame consists of a pair of interleaved picture fields."  [DEFS-MPT0031845]

"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2."  [DEFS-MPT0033290]



Figure 2.   Block diagram of encoder (a)

Figure 2(a) Video in, and all connections; and all text describing the structures. [DEFS-MPT0033292]

41

Exhibit 21
Page 1818

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | "One MB consists of four luminance 8·8 BLOCKs and four chrominance BLOCKs. Transformation, quantization and coding of transform coefficient is performed on the block level. INTRA prediction is also made on the BLOCK level. |
| | For INTRA coding, a block may be either frame or field based." [DEFS-MPT0033293] |
| | "If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format." [DEFS-MPT0033297] |
| | *See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element: |
| | • U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, DEFS-MPT0001846, DEFS-MPT0001849 <br> • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844-45, DEFS-MPT0033290, DEFS-MPT0033292-93, DEFS-MPT0033297 <br> • MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855-09 <br> • Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133, DEFS-MPT0000143-44 <br> • Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-88, DEFS-MPT0000090 <br> • U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 6:19-30, DEFS-MPT0001828-34 |
| a means for performing adaptive motion compensated encoding of groups of digital representations in the input signal relating to one of frames and fields in the input signal; and | *See, e.g.*, <br><br> "8.2 Motion Vectors <br><br> Motion vectors for macroblocks in predicted and interpolated frames are coded differentially within a Slice, obeying the following rules: |

42

Exh. M

Exhibit 21
Page 1819

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

-Every forward or backward motion vector is called to a time displacement of 2 field periods for interpolated macroblocks and 4 field periods for predicted macroblocks.  The scaled motion vector is coded relative to the last vector of the same type (Forward/Backward).

-The prediction motion vector is set to zero in te MBs at the start of a Slice, or if the last MB was coded in the intra mode.  (Note that for predicted MBs, a No MC decision corresponds to a reset to zero of the prediction motion vector.)

-For MBs in interpolated picture frames, only vectors that are used for the selected prediction mode are coded.

The motion vectors are coded as twice the differential value using the VLC codes given in pages 36, 37, 39 of MPEG video CD (doc. MPEG 90/176 rev 2).  The selection of table is determined by the allowed range of the motion vector.

| Range of Vector: | ±7.5 | ±15.5 | ±31.5 |
|---|---|---|---|
| Application: | V1-2 | V3-4,H1-2 | H3-4 |
| VLC from Table | 1 | 2 | 3 |

where "V1-2" indicates a vertical motion vector for a time displacement of 1 or 2 field periods." [DEFS-MPT0031849]

7.  Motion estimation.

An essential part of the coding method is to make a good prediction for the image blocks to be coded.  The prediction is based on previously decoded picture material that is identical on the encoder and decoder sides to avoid the need for additional information.  Motion estimate is made on the macroblock level.  The main outcome from motion estimation is the prediction mode and – if required – the motion vector.

There are two main modes of prediction:

43

Exh. M

Exhibit 21
Page 1820

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

· INTER prediction where a macroblock is predicted from the previously decoded picture with a motion vector of half pixel accuracy.

· INTRA prediction.  Each block is predicted from the neighbouring decoded pixels.  There are two different INTRA predictions – frame based and field based.

Motion estimation is performed in two steps:
· Integer pixel search – including test on INTRA prediction.
· Half pixel search.

7.1 Integer pixel search.

The integer pixel search is made relative to noncoded picture.  The resulting motion vector is used for a whole frame macroblock.  The estimation, however, is performed on field 1 only.  The reason for this is threefold:

· The dataflow through the motion estimator is reduced by a factor two.
· Motion estimation may be performed on the incoming picture data.
· The resulting performance differs negligibly from using the whole frame for estimation.

The estimation using only field 1 is illustrated in Figure 3.  The field macroblock size for the integer motion search is 16·8.  The search area is ± 15 pixels and ± 7 lines (field based).

INTRA prediction is also checked at this stage.  For this purpose the 16·8 field macroblock is divided into two 8·8 blocks.  For each of the blocks a constant prediction is made by the average of surrounding pixels.  This is indicated in Figure 4 as the hatched areas pointing into each block.  If one of the sets of 8 edge pixels is outside the picture, the average of the remaining 8 points is used.  If all edge points are outside of the picture, the constant prediction is set to 128.

The absolute difference from this prediction is compared with the differences obtained from the vectors of the integer motion search.

Exh. M

Exhibit 21
Page 1821

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

If the INTRA prediction gives the smallest absolute error, INTRA coding is used.  If not we go to the half pixel search for motion vector to find the vector to be used for prediction.  The decision INTRA/INTER prediction is therefore taken here."  [DEFS-MPT0033294]

"7.3 Decision on frame or field coding for INTRA mode.

If a macroblock has been decided to be coded INTRA it is possible to do the coding either frame or field based.  The reason for this distinction is the interlace picture format.  If there is little or no motion in the picture, the two fields may be treated together.  This results in frame coding.  If on the other hand there is large motion in the image, lines from the same field will be more similar than adjacent lines from two different fields.

To make the decision, the energy (E) of the noncoded macroblock is calculated for two vertical frequencies:

$f=f_g$ – corresponding to the frame line frequency.
$f=f_{g/2}$ – corresponding to the field line frequency.

If the $E(f_g)$ is much larger than E ($f_{g/2}$) field coding is chosen.  Otherwise frame coding is used."
[DEFS-MPT0033297]

"9.2  INTRA prediction.

Whereas INTER prediction may be made on the macroblock level because the motion vectors are calculated on the MB level, the INTRA prediction has to be made specially for each block.  The reason for this is that the prediction is best if it is based on pixels close to the block to be predicted.  The prediction of an 8·8 block is therefore based on the 8 pixels right "above" the block and the 8 pixels to the "let" of the block as shown in Figure 9.  A constant value is obtained by averaging 16 "edge points".  This value is used as a prediction for the whole block.  If one of the sets of 8 edge pixels is outside the picture, the average of the remaining 8 points is used.  If all edge points are outside the picture, the constant prediction is set to 128.

Exh. M

Exhibit 21
Page 1822

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

Distinction has to be made between frame and field prediction as shown in figure 9."  [DEFS-MPT0033299]



[DEFS-MPT0033299]

Coder Block Diagram: VLC, VLC, mux, and all connections; and all text describing the structures. [DEFS-MPT0031844]

46

Exh. M

Exhibit 21
Page 1823

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



**Figure 2.    Block diagram of encoder (a)**

Figure 2(a): VLCM, MUX, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:24-49, 3:3-19, 4:40-50, 4:52-68, 5:8-26, 5:55-6:11, 7:56-8:13, DEFS-MPT0001846, DEFS-MPT0001849
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011857, DEFS-MPT0011874, DEFS-MPT0011876-78
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132-33, DEFS-MPT0000140-44
- Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-90, DEFS-MPT0000092-94
- U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 2:25-55, 3:52-61, 3:39-51, 4:9-21, 7:10-24, 7:25-38, 7:58-8:35, 9:4-26, DEFS-MPT0001828-34
- VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, DEFS-

Exh. M

Exhibit 21
Page 1824

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | MPT0033286-332 at DEFS-MPT0031849, DEFS-MPT0033294, DEFS-MPT0033297, DEFS-MPT0033299, DEFS-MPT0031844, DEFS-MPT0033292 |
|---|---|
| a means responsive to the video input signal prior to encoding for producing a motion compensation type signal for controlling the adaptive motion compensated encoding means. | *See, e.g.,*<br><br>" 5. MOTION ESTIMATION AND COMPENSATION<br><br>Motion compensated prediction or interpolation techniques are used to exploit temporal redundancy in the video signal.  Motion compensation is carried out at the field macroblock level.<br><br>A motion vector is called forward if reference is made to a previous picture field.  It is called backward if reference is made to a future picture field.<br><br>One forward motion vector is calculated for each field macroblock in a predicted picture field (see Section 6.3).  This is calculated with respect to the preceding predicted or intra picture field of the same parity (e.g. the previous predicted odd picture field if the current picture field is odd).<br><br><br>Motion Vectors for Predicted Frames<br><br>A total of three motion vectors are calculated for each field macroblock in an interpolated picture field (see Section 6.4).  One forward motion vector is calculated with respect to the preceding predicted or intra picture field of the same parity.  One backward motion vector is calculated with respect to the following predicted or intra picture field of the same parity.  The third motion vector is calculated with respect to the nearest predicted or intra picture field of the opposite parity. |

Exh. M

Exhibit 21
Page 1825

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Motion Vectors for Interpolated Frames

5.1 Motion Vector Estimation

Motion estimation is based on the 16 pixels x 8 lines of luminance samples in a field macroblock.

The search area is ± 15.5 pixels by ± 7.5 lines (of the field raster) when the vector is calculated with respect to picture fields displaced in time by 2 field periods (i.e. 1 frame periods).  The search area is decreased to ± 7.5 pixels by ± 3.5 lines when the vector is calculated with respect to picture fields displaced in time by 1 field period.  The search are is increased to ± 31.5 pixels by ± 15.5 lines when the vector is calculated with respect to picture fields displaced in time by 4 field periods (i.e. 2 frame periods).

5.2 Motion-Compensated Prediction

Motion-compensated prediction is carried out on both the luminance and chrominance samples within a field macroblock.  The vertical component of the vector used for chrominance has the same value as that used for luminance.  The horizontal component is half the value of that used for luminance, rounded down to the nearest half pixel (i.e. n.25 -> n.00 and n.75 -> n.5 for positive and negative n).

There are three forms of motion-compensated prediction: forward, backward and combined.

Forward motion-compensated prediction can be used to predict the value of samples from a

49

Exh. M

Exhibit 21
Page 1826

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

preceding picture field.

<u>Backward</u> motion-compensated prediction can be used to predict the value of samples from a following picture field.

<u>Combined</u> motion-compensated prediction can be used to predict the value of samples from a preceding and a following picture field."  [DEFS-MPT0031846]

"7. Motion estimation.

An essential part of the coding method is to make a good prediction for the image blocks to be coded.  The prediction is based on previously decoded picture material that is identical on the encoder and decoder sides to avoid the need for additional information.  Motion estimate is made on the macroblock level.  The main outcome from motion estimation is the prediction mode and – if required – the motion vector.

There are two main modes of prediction:

· INTER prediction where a macroblock is predicted from the previously decoded picture with a motion vector of half pixel accuracy.

· INTRA prediction.  Each block is predicted from the neighbouring decoded pixels.  There are two different INTRA predictions – frame based and field based.

Motion estimation is performed in two steps:
· Integer pixel search – including test on INTRA prediction.
· Half pixel search.

7.1 Integer pixel search.

The integer pixel search is made relative to noncoded picture.  The resulting motion vector is used for a whole frame macroblock.  The estimation, however, is performed on field 1 only.  The reason

Exh. M

Exhibit 21
Page 1827

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

for this is threefold:

· The dataflow through the motion estimator is reduced by a factor two.
· Motion estimation may be performed on the incoming picture data.
· The resulting performance differs negligibly from using the whole frame for estimation.

The estimation using only field 1 is illustrated in Figure 3.  The field macroblock size for the integer motion search is 16·8.  The search area is ± 15 pixels and ± 7 lines (field based).

INTRA prediction is also checked at this stage.  For this purpose the 16·8 field macroblock is divided into two 8·8 blocks.  For each of the blocks a constant prediction is made by the average of surrounding pixels.  This is indicated in Figure 4 as the hatched areas pointing into each block.  If one of the sets of 8 edge pixels is outside the picture, the average of the remaining 8 points is used.  If all edge points are outside of the picture, the constant prediction is set to 128.

The absolute difference from this prediction is compared with the differences obtained from the vectors of the integer motion search.

If the INTRA prediction gives the smallest absolute error, INTRA coding is used.  If not we go to the half pixel search for motion vector to find the vector to be used for prediction.  The decision INTRA/INTER prediction is therefore taken here."  [DEFS-MPT0033294]



CODER BLOCK DIAGRAM

51

Exh. M

Exhibit 21
Page 1828

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

Coder Block Diagram: M1, M2, motion estimator, vector memory, predictor, and all connections; and all text describing the structures.  [DEFS-MPT0031844]



Figure 2.   Block diagram of encoder (a)

Figure 2(a): ME2, Pred, M2, and all connections; and all text describing the structures. [DEFS-MPT0033292]

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- U.S. Patent No. 5,093,720 [DEFS-MPT0001843-56] at Abstract, 2:24-49, 3:3-19, 4:40-50, 4:52-68, 5:8-26, 5:55-6:11, 7:56-8:13, DEFS-MPT0001846, DEFS-MPT0001849
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011857, DEFS-MPT0011874, DEFS-MPT0011876-78
- Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133, DEFS-MPT0000140-42, DEFS-MPT0000144
- Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000087-90, DEFS-MPT0000092-94
- U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, 2:25-55, 3:39-51, 4:9-21, 3:52-61, 7:58-8:35, 9:4-26, 10:62-11:4, DEFS-MPT0001828-34

52

Exh. M

Exhibit 21
Page 1829

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031846, DEFS-MPT0033294, DEFS-MPT0031844, DEFS-MPT0033292 |
|---|---|
| **Claim 32** | |
| 32. An apparatus for encoding digital video signals, comprising: | *See, e.g.,*<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2." [DEFS-MPT0031844]<br><br><br><br>**CODER BLOCK DIAGRAM**<br><br>Coder Block Diagram: input, M1, M2, motion estimator, switch, field to frame, selector/subtractor, vector memory, predictor, M, M, DCT, Q, Class, Q-1, DCT-1, adder, VLC, VLC, coder control, MUX, buffer, and all connections; and all text describing the structures. [DEFS-MPT0031844]<br><br>Figure 2(a): Video in, ME1 M1, ME2, subtractor, DCT, Q, Q-1, DCT-1, adder, intrapred, M3, Pred, M2, VLCC, MBTYPE, VLCM, MUX, CC, BUFFER, and all connections; and all text describing the structures. [DEFS-MPT0033292]<br><br>*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element: |

Exh. M

Exhibit 21<br>Page 1830

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

|  |  |
|---|---|
|  | • VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844, DEFS-MPT0033292<br>• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855<br>• H.261 Doc 408, Adaptiveness of a 2-d VLC table, or H.261 Doc. 445R [DEFS-MPT0004963-64 or DEFS-MPT0005209-49] at DEFS-MPT0005209, DEFS-MPT0005215, DEFS-MPT0005229-30<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, DEFS-MPT0001828-34 |
| a means for receiving digital video input signals; and | *See, e.g.*,<br><br>"The input and output of the codec is to the 625-line 50 Hz version of the 4:2:2 level of CCIR Rec.601-2."  [DEFS-MPT0031844]<br><br><br><br>CODER BLOCK DIAGRAM<br><br>Coder Block Diagram: input, and all connections; and all text describing the structures.  [DEFS-MPT0031844]<br><br>"4.  LAYERED STRUCTURE OF VIDEO DATA |

Exh. M

Exhibit 21
Page 1831

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | ….<br>4.2 Field Macroblock<br>A field macroblock consists of a group of 4 transform blocks from the same picture field.  It contains two horizontally adjacent luminance transform blocks (i.e. 16 pixels x 8 lines of luminance samples) and the co-sited single 8x8 $C_B$ and single 8x8 $C_R$ transform blocks.<br>….<br>4.3 Frame Macroblock<br>A frame macroblock consists of either two field macroblocks (each from each field of the same frame) as described above (field-based coding), or of a group of 8 transform blocks, each containing data from both fields of the frame (frame-based coding).  The transform blocks for the latter are formed by considering the spatial relationship between the two fields, and interleaving lines of the two fields in accordance with the interlace.<br>….<br>4.5 Picture Frame<br>A picture frame consists of a pair of interleaved picture fields."  [DEFS-MPT0031845]<br><br>"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2."  [DEFS-MPT0033290] |

Exh. M

Exhibit 21
Page 1832

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



Figure 2.    Block diagram of encoder (a)

Figure 2(a): Video in, and all connections; and all text describing the structures. [DEFS-MPT0033292]

"One MB consists of four luminance 8·8 BLOCKs and four chrominance BLOCKs. Transformation,

*See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:

- VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031844-45, DEFS-MPT0033290, DEFS-MPT0033292
- MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011855

56

Exh. M

Exhibit 21
Page 1833

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | • H.261 Doc 408, Adaptiveness of a 2-d VLC table, or H.261 Doc. 445R [DEFS-MPT0004963-64 or DEFS-MPT0005209-49] at DEFS-MPT0005229-30<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000133<br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000088, DEFS-MPT0000090<br>• U.S. Patent No. 5,091,782 [DEFS-MPT0001826-42] at Abstract, DEFS-MPT0001828-34, 2:25-55, 3:39-51, 6:19-30 |
| a means for performing variable word length encoding adaptively in response to the video input signals. | *See, e.g.,*<br><br>"8. CODING<br><br>In this Chapter the coding of the macroblocks and their attributes are described.  Variable length coding is used to exploit statistical redundancies."  [DEFS-MPT0031849]<br><br>"8.1 Macroblock Type<br><br>Each frame has one of the three picture frame coding modes:                1<br>        Intra<br>                                2        Predicted<br>                                3        Interpolated<br><br>For these three modes different sets of codes are used to indicate the Macroblock types.  The tables below also indicate the presence or absence of data fields following the Macroblock type.  The coding for Macroblock types of field 1 (or frame) consists of a 1-bit FLC followed by a VLC.  The length of the VLC varies from 1 to 6 bits.<br><br>Field/frame flag (for I, P and B frames)<br>        0        frame-based coding<br>        1        field-based coding<br><br>Intra Frames (I frames) |

Exh. M

Exhibit 21
Page 1834

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

All Macroblocks (field or frame-based) are intra coded.

<u>Predicted Frames</u> (P frames) have the following MB types and coding:

| MB type for Field or Frame | MVD | TCOEFF | CODE |
|---|---|---|---|
| MC, frame, coded | X | | 1z |
| MC, frame, not coded | X | | 01 |
| No MC, frame, coded | | X | 0011z |
| Intra, frame | | X | 0001 |
| No MC, frame, not coded | | | 0010 |

where z is a bit signifying that
-luminance and chrominance are coded when z=1
-luminance only is coded when z=0.  No further information is transmitted for chrominance.

<u>Interpolated frames</u> (I frames) have the following MB types and coding:

| MB Type for Frame MBs | MVD1 | MVD2 | TCOEFF | CODE |
|---|---|---|---|---|
| Interp., frame, coded | X | X | X | 1z |
| Interp., frame, not coded | X | X | | 011 |
| Forw., frame, coded | X | | X | 010z |
| Forw., frame, not coded | X | | | 0001 |
| Back., frame, coded | | X | X | 0010z |
| Back., frame, not coded | | X | | 0011 |
| Diff. MV=0, same type as previous, frame , not coded | | | | 00001 |
| Intra, frame | | | X | 000001 |

| MB Type for Field MBs | MVD1 | MVD2 | TCOEFF | CODE |
|---|---|---|---|---|
| Interpolated, coded | X | X | | 1z |
| Interpolated, not coded | X | X | | 01 |
| Forward, coded | X | | X | 0001z |
| Forward, not coded | X | | | 00010 |
| Backward, same, coded | | X | X | 00100z |
| Backward, same, not coded | | X | | 00101 |
| Diff.parity, coded | | X | X | 00110z |
| Diff.parity, not coded | | X | | 00111 |
| Diff. MV=0, same type as previous, field , not coded | | X | | 00001 |
| Intra | | | X | 000001 |

where z is a bit signifying that
-luminance and chrominance are coded when z=1

58

Exh. M

Exhibit 21
Page 1835

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

-luminance only is coded when z=0.  No further information is transmitted for chrominance.

8.2 Motion Vectors

Motion vectors for macroblocks in predicted and interpolated frames are coded differentially within a Slice, obeying the following rules:

-Every forward or backward motion vector is called to a time displacement of 2 field periods for interpolated macroblocks and 4 field periods for predicted macroblocks.  The scaled motion vector is coded relative to the last vector of the same type (Forward/Backward).

-The prediction motion vector is set to zero in te MBs at the start of a Slice, or if the last MB was coded in the intra mode.  (Note that for predicted MBs, a No MC decision corresponds to a reset to zero of the prediction motion vector.)

-For MBs in interpolated picture frames, only vectors that are used for the selected prediction mode are coded.

The motion vectors are coded as twice the differential value using the VLC codes given in pages 36, 37, 39 of MPEG video CD (doc. MPEG 90/176 rev 2).  The selection of table is determined by the allowed range of the motion vector.

| Range of Vector: | $\pm 7.5$ | $\pm 15.5$ | $\pm 31.5$ |
|---|---|---|---|
| Application: | V1-2 | V3-4,H1-2 | H3-4 |
| VLC from Table | 1 | 2 | 3 |

where "V1-2" indicates a vertical motion vector for a time displacement of 1 or 2 field periods.

8.3 Intraframe Coding (I frames)

<u>Adaptive quantization</u>

59

Exh. M

Exhibit 21
Page 1836

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

A two bit codeword is transmitted at the beginning of each luminance intra coded block to indicate the class of the block (function of the activity of the block).

| Class | Code |
|-------|------|
| 0 | 00 |
| 1 | 01 |
| 2 | 10 |
| 3 | 11 |

## DC Prediction

After the DC coefficient of a block has been quantized to 8 bits, it is coded losslessly by a DPCM technique.  Coding of the luminance blocks within a MB follows the block scan sequence given in Section 4.3.  The DC value of the 4th luminance block becomes the DC predictor for 1st block of the following MB.

At the left edge of a Slice, the DC predictor is set to 128 (for the first block of the luminance, and for each of the chrominance blocks).  Apart from the left edge of a Slice, the DC predictor is simply the previously coded DC value of the same type ($Y$, $C_R$, or $C_B$).

At the decoder the original quantized DC values are exactly recovered by following the inverse procedure.  The differential DC values thus generated are categorized according to their "size" as shown in the table below:



| Size | Differential DC | Code |
|------|-----------------|------|
| 0 | 0 | |
| 1 | -1,1 | 0,1 |
| 2 | -3,-2,2,3 | 00,01,10,11 |
| 3 | -7...-4,4...7 | 000...011,100...111 |
| 4 | -15...-8,8...15 | 0000...0111,1000...1111 |
| 5 | -31...-16,16...31 | . |
| 6 | -63...-32,32...63 | . |
| 7 | -127...-64,64...127 | . |
| 8 | -255...-128,128...255 | 00000000...01111111,10000000...11111111 |

For each category sufficient additional bits are appended to the Size code to identify uniquely which difference value in that Size category actually occurred.  The additional bits thus define the signed

Exh. M

Exhibit 21
Page 1837

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed. No Defendant infringes any MPT patent. If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

amplitude of the difference data. The number of additional bits (sign included) is equal to the Size value. The Size category is coded using the following VLC table:



AC Coefficients

AC coefficients are coded as describe in Section 8.5.

8.4 Non-Intraframe Coding (P and B frames)

Intra blocks

Intra blocks in non-intra frames are coded as in intra frames.

The DC predicator for luminance and chrominance are set to 128, unless the previous block was also intra, in which case, the predicators are obtained from the previous block. When in the scan sequence a non-intra block is present, the DC predictor is reset to 128.



AC coefficients are coded as described in Section 8.5.

Exh. M

Exhibit 21
Page 1838

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

<u>Non-intra blocks</u>
The presence or absence of transform coefficient data is determined by the MB type.  The quantized transform coefficients are scanned and coded as described in Section 8.5.

8.5 Coding of Transform Coefficients

The most commonly occurring combinations of runs of a number of successive zero-valued coefficients (RUN) and the following non-zero coefficient value (LEVEL) are encoded with variable length codes such as the ones used in MPEG1 CD.  The scan path of the quantized coefficients is given below:



The table of variable length codes for the common (RUN,LEVEL) combinations is given in Annex B.  The End of Block is signaled by the EOB code.  The last bit of the VLC shown as 's' denotes the sign of the level, '0' for positive, '1' for negative.

Other combinations of (RUN,LEVEL) are encoded with a 20 or 28 bit word consisting of 6 bits ESCAPE, 6 bits RUN and 8 or 16 bits LEVEL.

Exh. M

Exhibit 21
Page 1839

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



[DEFS-MPT0031849-98]

"The picture format is the 625 line, 50 Hz version of the 4:2:2 level of CCIR Recommendation 601 – 2."  [DEFS-MPT0033290]

63

Exh. M

Exhibit 21
Page 1840

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.



| | |
|---|---|
| ME1: | Integer pixel motion estimation. |
| ME2: | Half pixel motion estimation. |
| M1: | Input frame store. |
| M2: | Decoded frame store. |
| M3: | Intra prediction frame store. |
| PRED: | Make predicted block. |
| INTRA PRED: | Save data for intra prediction. |
| VLCC: | VLC coding of transform coefficien |
| VLCM: | VLC coding of motion vectors. |
| DCT: | Discrete Cosine Transform. |
| Q: | Quantizer. |
| CC: | Coding control |

Figure 2.   Block diagram of encoder (a)

Coder Block Diagram: VLC, MUX, and all connections; and all text describing the structures. [DEFS-MPT0031844]

Figure 2(a): VLCC, MUX, and all connections; and all text describing the structures. [DEFS-MPT0033292]

13.  Coding.

This section deals with the production of the codes – and thereby bitstream to be transmitted.  The bitstream is composed of SYNCHRONIZATION codes and coded INFORMATION data."  [DEFS-MPT0033302]

"13.3 Variable length codes.

64

Exh. M

Exhibit 21
Page 1841

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

There are two parameters being coded by variable length codes.  Those are the Motion Vector Differences (MVD) and the transform coefficients (TCOF).

13.3.1 MVD codes.

The motion vector differences are coded as MPEG1.  It means that the horizontal and vertical components are coded relative to the values of the previous macroblock.  For the first macroblock in a SLICE the reference is to the zero vector.  The table below gives the codewords used for vertical and horizontal motion vector differences.

Interpretation of the bits "s" and "b":

"s" is a sign bit.
s = 0, Positive "Little" or negative "Big" value.
s = 1, Negative "Little" or positive "Big" value

"b" is an extension bit used for the horizontal component only
b = 0 for odd values.
b = 1 for even values.

| MVD code | Vertical MVD values. | | Horizontal MVD values. | |
|---|---|---|---|---|
| | Little | Big | Little | Big |
| 1 | 0 | | 0 | |
| 01sb | ±1 | | ±(1,2) | ± 62 |
| 001s b | ±2, | ±30 | ±(3,4), | ±(60,61) |
| 0001 sb | ±3, | ±29 | ±(5,6), | ±(58,59) |
| 0000 11sb | ±4, | ±28 | ±(7,8), | ±(56,57) |
| 0000 101s b | ±5, | ±27 | ±(9,10), | ±(54,55) |
| 0000 100s b | ±6, | ±26 | ±(11,12), | ±(52,53) |
| 0000 011s b | ±7, | ±25 | ±(13,14), | ±(50,51) |
| 0000 0101 1sb | ±8, | ±24 | ±(15,16), | ±(48,49) |
| 0000 0101 0sb | ±9, | ±23 | ±(17,18), | ±(46,47) |
| 0000 0100 1sb | ±10, | ±22 | ±(19,20), | ±(44,45) |
| 0000 0100 01sb | ±11, | +21 | ±(21,22), | ±(42,43) |
| 0000 0100 00sb | ±12, | ±20 | ±(23,24), | ±(40,41) |
| 0000 0011 11sb | ±13, | ±19 | ±(25,26), | ±(38,39) |
| 0000 0011 10sb | ±14, | ±18 | ±(27,28), | ±(36,37) |
| 0000 0011 01sb | ±15, | ±17 | ±(29,30), | ±(34,35) |
| 0000 0011 00sb | -16, | 16 | ±31,-32 , | 32,±33 |

65

Exh. M

Exhibit 21
Page 1842

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

13.3.2 Transform coefficient codes.

The transform coefficients are coded using two-dimensional VLC tables.  The coefficients are scanned according to the scanning paths given by the numbering in figure 10.  For nonzero coefficients a pair of (LEVEL,RUN) is obtained.  This pair is coded using one of three VLC tables shown in figure 12.  The number of bits for the different combinations of LEVEL and RUN for the three different VLC tables are indicated in the table below.

```
        LEVEL                       LEVEL                      LEVEL
      4  7  8  8  9 10 11 11  .    3  5  6  8  8  9 10 11  .   2  4  5  6  7  8  8  .
R     5  9 10 11 12  .  .  .  R    4  7  8  9  .  .  .  .  R   5  6  7  8  .  .  .
      5 10 11 12  .  .            5  8  9  .  .  .             6  7  8  .  .  .
U     6 11 12  .  .  .  .  U      5  9 10  .  .  .       U     7  8  9  .  .  .
      6 12 13  .  .               5 10  .  .  .               7  9  .  .  .
N     7 13  .  .  .      N        7 11  .  .  .       N        7 10  .  .  .
      7  .  .                     7  .  .                      7  .  .
      7  .  .                     7  .  .                      7  .  .
      7  .  .                     7  .  .                      7  .  .
      8  .  .                     8  .  .                      8  .  .
      .     1 bit for EOB         .     3 bitS for EOB         .     5 bitS for EOB
```

13.3.2.1. Decision of VLC table.

The VLC tables are number 0,1,2.  The decision of VLC table is done in the same way but separately for luminance and chrominance.  The following description therefore holds for both luminance and chrominance.

The first coefficient of a block is coded using table VLC=VLC).
· For the first macroblock of a SLICE VLC0=0.

· For the remaining macroblocks:
VLCO = COEFFLAST/16 (limited to 0-2)
        COEFFLAST is the number of nonzero coefficients in the last macroblock.

When a nonzero coefficient is found, the VLC table to be used for the next codeword is:

VLC=(2·LEVEL + VLC0 – RUN/4-1)/2, limited to (0,2)."  [DEFS-MPT0033303-73]

Exh. M

Exhibit 21
Page 1843

Defendants' identification of structure is responsive to MPT's infringement contentions and does not constitute an admission that MPT's interpretation is correct or that the disclosed structures meet the claim limitations as properly construed.  No Defendant infringes any MPT patent.  If MPT tries to use this document to support any allegation of infringement, that would be misleading, false, and wrong.

| | |
|---|---|
| | *See also* one or more of the following references and the citations to structures and functional language in their corresponding charts to show obviousness of this element:<br><br>• VADIS-COST Algorithm [DEFS-MPT0031843-56, DEFS-MPT0015219-20, and/or DEFS-MPT0033286-332] at DEFS-MPT0031849-90, DEFS-MPT0031844, DEFS-MPT0033292, DEFS-MPT0033302-05<br>• MPEG 90/176 [DEFS-MPT0011850-81] at DEFS-MPT0011881<br>• H.261 Doc 408, Adaptiveness of a 2-d VLC table, or H.261 Doc. 445R [DEFS-MPT0004963-64 or DEFS-MPT0005209-49] at DEFS-MPT0005215, DEFS-MPT0005229, DEFS-MPT0004963<br>• Digicipher HDTV [DEFS-MPT0000121-211] at DEFS-MPT0000132-33, DEFS-MPT0000139<br>• Fixed and Adaptive Predictors for Hybrid Predictive/Transform Coding [DEFS-MPT0000087-99] at DEFS-MPT0000096<br>• 2:25-55, 3:39-51, 4:9-21, 7:58-8:35, 8:54-62, 10:62-11:4, DEFS-MPT0001828-34 |

Exh. M

Exhibit 21
Page 1844