**ORIGINAL**

**FILED**

DEC 1 3 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST, a Delaware statutory trust,<br><br>          Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation, LG ELECTRONICS, INC., a Korean corporation, LG ELECTRONICS U.S.A., INC., a Delaware corporation, LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>          Defendant. | CASE NO. 10-cv-2618-H-KSC<br><br>**SPECIAL VERDICT** |

We, the jury, unanimously answer the following questions on the special verdict.

**Question No. 1**

**Infringement of the '878 Patent by Apple Group I products.**

**Accused Products:** iPad 2 and iPhone 4S

(VXD 390 decoder and VXE 380 encoder)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that Apple, by selling, making, using, or offering for sale any of the Group I products, has infringed any of the '878 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

Circle yes or no for each claim:

| | |
|---|---|
| Independent Claim 13 | Yes / (No) |
| Dependent Claim 15 | Yes / (No) |
| Independent Claim 31 | Yes / (No) |
| Independent Claim 32 | Yes / (No) |

**Question No. 2**

**Infringement of the '878 Patent by Apple Group II products.**

**Accused Products:** iPhone 3GS, iPhone 4, iPod Touch (4th Gen), iPod Touch (3rd Gen), iPad, and AppleTV (2nd)

(VXD 375 decoder)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that Apple, by selling, making, using, or offering for sale any of the Group II products identified above, has infringed any of the '878 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

Circle yes or no for each claim:

| | |
|---|---|
| Independent Claim 13 | Yes / (No) |
| Dependent Claim 15 | Yes / (No) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Question No. 3**

**Infringement of the '878 Patent by Apple Group II(a) products.**

**Accused Product:** iPod Nano (5th Gen)

(720p encoder)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that Apple, by selling, making, using, or offering for sale the Group II(a) product, has infringed any of the '878 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

Circle yes or no for each claim:

Independent Claim 31            Yes  / (No)

Independent Claim 32            Yes  / (No)

**Question No. 4**

**Infringement of the '226 Patent by Apple Group II products.**

**Accused Products:** iPhone 3GS and iPod Touch (3rd Gen)

(VXD 375 decoder)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that Apple, by selling, making, using, or offering for sale any of the Group II products identified above, has infringed Claim 12 of the '226 patent? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

Circle yes or no for each claim:

Independent Claim 12            Yes  / (No)

1

**Question No. 5**

2

**Infringement of the '377 Patent by Apple Group II  and II(a) products.**

3

**Accused Products:** iPhone 3GS, iPhone 4, iPod Touch (4th Gen),
and iPod Nano (5th Gen)

4

5

(720p encoder)

6

Do you find that the Multimedia Patent Trust has shown by a preponderance of the
evidence that Apple, by selling, making, using, or offering for sale any of the Group II or II(a)
products identified above, has infringed any of the '377 patent claims listed below? (a "YES"
answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

7

8

Circle yes or no for each claim:

9

Independent Claim 1                              Yes  /  (No)

10

Dependent Claim 2                              Yes  /  (No)

11

Dependent Claim 4                              Yes  /  (No)

12

Dependent Claim 8                              Yes  /  (No)

13

14

15

**Question No. 6**

16

**Infringement of the '377 Patent by Apple Group III products.**

17

**Accused Products:** iMac, Macbook, Macbook Pro, Macbook Air,
Mac Mini, and Mac Pro

18

(QuickTime H.264 codec)

19

Do you find that the Multimedia Patent Trust has shown by a preponderance of the
evidence that Apple, by selling, making, using, or offering for sale any of the Group III products
identified above, has infringed any of the '377 patent claims listed below? (a "YES" answer is a
finding for Multimedia Patent Trust; a "NO" answer is a finding for Apple):

20

21

22

Circle yes or no for each claim:

23

Independent Claim 1                              Yes  /  (No)

24

Dependent Claim 2                              Yes  /  (No)

25

Dependent Claim 4                              Yes  /  (No)

26

Dependent Claim 8                              Yes  /  (No)

27

28

-3-

**Question No. 7**

**Infringement of the '878 Patent by LG Group IV products.**

**Accused Products:** Bliss UX700, Touch AX8575, Lotus Elite LX610, Mystique UN610, Samba LG8575, and Chocolate Touch VX8575

(MSM6575 chip)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that LG, by selling, making, using, or offering for sale any of the Group IV products identified above, has infringed any of the '878 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for LG):

Circle yes or no for each claim:

Independent Claim 13          Yes / (No)

Independent Claim 31          Yes / (No)

Independent Claim 32          Yes / (No)

**Question No. 8**

**Infringement of the '377 Patent by LG Group IV products.**

**Accused Products:** Bliss UX700, Touch AX8575, Lotus Elite LX610, Mystique UN610, Samba LG8575 and Chocolate Touch VX8575

(MSM6575 chip)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that LG, by selling, making, using, or offering for sale any of the Group IV products identified above, has infringed any of the '377 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for LG):

Independent Claim 1          Yes / (No)

Dependent Claim 2          Yes / (No)

Dependent Claim 8          Yes / (No)

-4-

**Question No. 9**

**Infringement of the '878 Patent by LG Group V products.**

**Accused Products:** Neon GT365, Prime GS390, and Encore GT550

(Aricent/Emuzed H.264 codec)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that LG, by selling, making, using, or offering for sale any of the Group V products identified above, has infringed any of the '878 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for LG):

Circle yes or no for each claim:

Independent Claim 31       Yes / (No)

Independent Claim 32       Yes / (No)

**Question No. 10**

**Infringement of the '377 Patent by LG Group V products.**

**Accused Products:** Neon GT365, Prime GS390, and Encore GT550

(Aricent/Emuzed H.264 codec)

Do you find that the Multimedia Patent Trust has shown by a preponderance of the evidence that LG, by selling, making, using, or offering for sale any of the Group V products identified above, has infringed any of the '377 patent claims listed below? (a "YES" answer is a finding for Multimedia Patent Trust; a "NO" answer is a finding for LG):

Circle yes or no for each claim:

Independent Claim 1       Yes / (No)

Dependent Claim 2       Yes / (No)

**Question 11:  Damages by Apple**

Answer the following questions only if you have found any asserted claim to be infringed by Apple.  Fill out the section below that is applicable to the type of reasonable royalty you find to be appropriate (per unit royalty or lump sum):

**A.  If you find that the reasonable royalty should be a <u>per unit royalty</u>:**

What is the total reasonable royalty, if any, that Multimedia Patent Trust has proven by a preponderance of the evidence for Apple's infringement?

Number of infringing units sold:            _____ infringing units

Amount of royalty per unit:            x  $_____ per infringing unit

Total royalty:  $_____

- OR -

**B.  If you find that the reasonable royalty should be a <u>lump sum</u>:**

What is the total reasonable royalty, if any, that Multimedia Patent Trust has proven by a preponderance of the evidence for Apple's infringement?

Lump sum:            $_____

**Question 12: Damages by LG**

Answer the following questions only if you have found any asserted claim to be infringed by LG. Fill out the section below that is applicable to the type of reasonable royalty you find to be appropriate (per unit royalty or lump sum):

**A. If you find that the reasonable royalty should be a <u>per unit royalty</u>:**

What is the total reasonable royalty, if any, that Multimedia Patent Trust has proven by a preponderance of the evidence for LG's infringement?

Number of infringing units sold: _____ infringing units

Amount of royalty per unit: x $_____ per infringing unit

Total royalty: $_____

- OR -

**B. If you find that the reasonable royalty should be a <u>lump sum</u>:**

What is the total reasonable royalty, if any, that Multimedia Patent Trust has proven by a preponderance of the evidence for LG's infringement?

Lump sum: $_____

Please sign and date the verdict form.

1  **THE FOREPERSON SHOULD SIGN AND DATE BELOW TO INDICATE THAT THE**

2  **JURY HAS REACHED A UNANIMOUS VERDICT ON THESE QUESTIONS**

3  Date: 12/13/2012

JURY FOREPERSON

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28